# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Hubert Jackson,                          :
                    Petitioner           :
                                         :
        v.                               :
                                         :
Kathleen G. Kane, PA Attorney General,   :
                    Respondent           :        No. 487 M.D. 2014

**PER CURIAM**

# O R D E R

NOW, January 20, 2016, having considered petitioner's application for reargument *en banc* and respondent's response thereto, the application is denied.